423 A.2d 1310

McGee, Appellant, v. City of Philadelphia et al.

Argued March 22, 1979. Joseph V. Restifo, for appellant; Thomas J. Gaffney, for appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed.

423 A.2d 1310

Shea et ux., Appellants, v. Eller et al.

Argued June 5, 1979. Mitchell Klevan, for appellants; John J. Hart, for appellee.

Before PRICE, HOFFMAN and DOWLING, JJ.*

Order affirmed.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

* Judge John G. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, is sitting by designation.